**No. 57851.**—Rodier, Inc. *v.* United States, protest 211383–K (B) (New York).

Opinion by FORD, J.   In accordance with oral stipulation of counsel that the merchandise represented by item No. 59611 on the invoice consists of multiple needle machine-embroidered cotton allovers, the claim of the plaintiff was sustained as to said item.

FEBRUARY 11, 1954

**No. 57852.**—SUIT 4779.—United States *v.* Radio Corp. of America, RCA Victor Division.— ▉ ▉—Abstract 57238 affirmed November 2, 1953.   C. A. D. 541.

BEFORE THE FIRST DIVISION, FEBRUARY 17, 1954

**No. 57853.**—Walco Bead Co., Inc. *v.* United States, protest 211705–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of articles in chief value of glass beads the same in all material respects as those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 57854.**—S. H. Kress & Co. *v.* United States, protests 98737–K, etc. (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds similar in all material respects to those the subject of Abstract 57902, the claim of the plaintiff was sustained.